IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ROBERT JOHNATHAN WALKER, §
(TDCJ # 1248654) §
 §
VS. § CIVIL ACTION NO.4:04-CV-952-Y
 §
 §
HOOD COUNTY, TEXAS, et al. §

## FINAL JUDGMENT

Pursuant to an opinion and order of dismissal issued this same day, and Federal Rule of Civil Procedure 58:

It is hereby ORDERED, ADJUDGED, and DECREED that plaintiff Robert Johnathan Walker's claims be, and they are hereby, DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A(b)(1) and, alternatively, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

It is further ORDERED that all costs of court are taxed against the party that incurred them.

SIGNED April 29, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE